ORIGINAL

1   ADRIENNE C. PUBLICOVER (SBN 161432)
    DENNIS J. RHODES (SBN 168417)
2   PAMELA P. PHAM (SBN 235493)
    WILSON, ELSER, MOSKOWITZ,
3   EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
4   San Francisco, CA 94105
    Telephone: (415) 433-0990
5   Facsimile: (415) 434-1370

6   Attorneys for Plaintiff
    AMERICAN GENERAL LIFE
7   INSURANCE COMPANY

8

9

FILED
CLERK US DISTRICT COURT

DEC 14 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | CASE NO. CV06-6550 FMC (JWJx) |
| Plaintiff, | **STIPULATION AND ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER** |
| v. | The Honorable Florence-Marie Cooper |
| DAVID HIGGINS, RONALD HIGGINS, WILLIAM HIGGINS, JOSEPH WALKER and DOES 1-50, | |
| Defendants. | |

19      IT IS HEREBY STIPULATED, by and between plaintiff AMERICAN

20  GENERAL LIFE INSURANCE COMPANY, formerly known as The Old Line Life

21  Insurance Company of America, ("American General"), and defendants DAVID

22  HIGGINS, RONALD HIGGINS, WILLIAM HIGGINS, and JOSEPH WALKER, as

23  follows:

24      1.      That this Court may enter a stipulated judgment in interpleader in the

25  form attached hereto as Exhibit A;

26      2.      That, by reason of the death of Mauricina Altier ("decedent"), on May

27  24, 2006, the sum of One Hundred Thousand Dollars ($100,000.00)

28

DOCKETED ON CM
DEC 14 2006
BY

---

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER**
USDC CDCA No. CV06-6500 FMC (JWJx)
251508.3

1   ("Benefit proceeds") became payable pursuant to Life Insurance Policy No. GL-

2   2314363 (the "Policy") that was issued by The Old Line Life Insurance Company of

3   America to the decedent, effective September 28, 1998;

4       3.    That defendants David Higgins, Ronald Higgins, William Higgins, and

5   Joseph Walker each claim entitlement to some or all of the Benefit Proceeds and

6   that, to date, no other person or entity currently makes claim to American General

7   for the Benefit Proceeds;

8       4.    That American General was ready, willing, and able to deliver the

9   Benefit Proceeds to the person(s) legally entitled thereto.  However, by reason of the

10   actual and potential competing claims to the Benefit Proceeds, American General

11   did not know and was unable to determine the person(s) legally entitled to them;

12       5.    That concurrently with the filing of its complaint in interpleader,

13   American General deposited with the Clerk of this Court the Benefit Proceeds,

14   totaling One Hundred and One Thousand Two Hundred Fifty-Three Dollars and

15   Forty-Eight Cents ($101,253.48), which represents the insurance proceeds payable

16   under the Policy, plus interest;

17       6.    That having deposited the monies with the Clerk of the Court on or

18   about October 13, 2006, American General, its predecessors, successors, affiliates,

19   parent corporation, officers and agents are fully and forever released, discharged,

20   and acquitted from any liability of any kind or nature whatsoever under the Policy or

21   by reason of the death of the decedent as to any and all claims, charges, demands, or

22   otherwise that exist now or may arise at any time in the future;

23       7.    That defendants, David Higgins, Ronald Higgins, William Higgins, and

24   Joseph Walker, consent to the jurisdiction of this Court;

25       8.    That American General is entitled to fees of $1,650.00 and costs of

26   $350.00, for a total of $2,000.00, to be paid out of the Benefit Proceeds deposited

27   with the Clerk of this Court;

28

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER**
USDC CDCA No. CV06-6500 FMC (JWJx)
251508 3

9.   That the first disbursement of the Benefit Proceeds in the amount of $2,000.00 will be paid to American General for the attorney's fees and costs it has incurred in connection with this litigation;

10.   That the second disbursement of the remaining Benefit Proceeds, in the amount of $99,253.48, will be made in the manner set forth below;

11.   That each of the four defendants, David Higgins, Ronald Higgins, William Higgins, and Joseph Walker, is entitled to and will receive $24,813.37, which is an amount that is equal to twenty-five percent of the remaining Benefit Proceeds, as set forth above;

12.   That defendants David Higgins, Ronald Higgins, William Higgins, and Joseph Walker are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against American General, its predecessors, successors, affiliates, parent corporation, officers and agents with respect to the Benefit Proceeds, or any action in connection with this Policy; and

13.   That American General is dismissed from this action with prejudice.

**IT IS SO STIPULATED.**

Dated: December 12, 2006             WILSON, ELSER, MOSKOWITZ,
                                     EDELMAN & DICKER LLP


                                     By: _____
                                        Adrienne C. Publicover
                                        Dennis J. Rhodes
                                        Pamela P. Pham
                                        Attorneys for Plaintiff
                                        AMERICAN GENERAL LIFE
                                        INSURANCE COMPANY


Dated:_____    By:_____
                          David Higgins, Defendant

                       Attach Notarial Endorsement

FIRST LEGAL SUPPORT    FAX (213) 250-1197

1    Dated:_____    By:_____
2                                   Ronald Higgins, Defendant

3                              Attach Notarial Endorsement

4

5    Dated: Dec. 7, 2006    By: David William Higgins
6                              David Williams Higgins, Defendant

7                              Attach Notarial Endorsement

8

9    Dated:_____    By:_____
10                                  Joseph Walker, Defendant

11                             Attach Notarial Endorsement

12

13

14                              **ORDER**

15

16    **PURSANT TO STIPULATION, IT IS SO ORDERED.**

17

18    Dated: Dec. 13, 2006    _Florence Marie Cooper_
19                              HON. FLORENCE-MARIE COOPER
                                United States District Court Judge
20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER**
USDC CDCA No. CV06-6500 FMC (JWJx)
251508.3

FIRST LEGAL SUPPORT   FAX (213) 250-1197

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 1183

State of CALIFORNIA

County of LOS ANGELES

On 12-7-06 before me, Robert W. Lyon NOTARY PUBLIC
DATE                              NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared David W. Higgins
                    NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

SIGNATURE OF NOTARY

ROBERT W. LYON
Commission # 1554071
Notary Public · California
Los Angeles County
My Comm. Expires May 19, 2010

─── OPTIONAL SECTION ───
**CAPACITY CLAIMED BY SIGNER**
Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☒ INDIVIDUAL
☐ CORPORATE OFFICER(S)
                              TITLE(S)
☐ PARTNER(S) · ☐ LIMITED
                   ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____
_____
_____

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)
SELF

─── OPTIONAL SECTION ───

THIS CERTIFICATE MUST BE ATTACHED TO
THE DOCUMENT DESCRIBED AT RIGHT:

TITLE OR TYPE OF DOCUMENT Stipulation and Order for Entry of Judgment in Interpleader

NUMBER OF PAGES Four (4) DATE OF DOCUMENT 12-7-06

1   Dated: _12-6-06_        By: _____
                                  Ronald Higgins, Defendant
2
3              Attach Notarial Endorsement
4
5   Dated:_____   By:_____
                                  Williams Higgins, Defendant
6
7              Attach Notarial Endorsement
8
9   Dated:_____   By:_____
                                  Joseph Walker, Defendant
10
11             Attach Notarial Endorsement
12
13
14                        **ORDER**
15
16   **PURSANT TO STIPULATION, IT IS SO ORDERED**.
17
18   Dated:_____   _____
                                  HON. FLORENCE-MARIE COOPER
19                                United States District Court Judge
20
21
22
23
24
25
26
27
28

                              4
    **STIPULATION AND ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER**
    USDC CDCA No. CV06-6500 FMC (JWJx)
    251508 3

09/00/2006          08:41       FIRST LEGAL SUPPORT    FAX (213) 250-1131

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 1103

State of __CALIFORNIA__

County of __LOS ANGELES__ }

On __12-6-06__ before me, _Robert W. Lyon_, NOTARY PUBLIC
DATE          NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared __Ronald Higgins__
NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

ROBERT W. LYON
Commission # 1568071
Notary Public - California
Los Angeles County
My Comm. Expires May 19, 2010

_____
SIGNATURE OF NOTARY

**OPTIONAL SECTION**

**CAPACITY CLAIMED BY SIGNER**

Though status does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☒ INDIVIDUAL

☐ CORPORATE OFFICER(S)

_____
TITLE(S)

☐ PARTNER(S) · ☐ LIMITED
                ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____
_____
_____

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_S E L F_

**OPTIONAL SECTION**

THIS CERTIFICATE MUST BE ATTACHED TO
THE DOCUMENT DESCRIBED AT RIGHT:

TITLE OR TYPE OF DOCUMENT: _Stipulation and Order for Entry of Judgment in Interpleader_

NUMBER OF PAGES _Four (4)_  DATE OF DOCUMENT _12-6-06_

1  Dated:_____        By:_____
2                                   Ronald Higgins, Defendant
3                Attach Notarial Endorsement
4
5  Dated: 12/07/2006            By: William Higgins
6                                   Williams Higgins, Defendant
7                Attach Notarial Endorsement
8
9  Dated:_____        By:_____
10                                  Joseph Walker, Defendant
11               Attach Notarial Endorsement
12
13
14                       **ORDER**
15
16    **PURSANT TO STIPULATION, IT IS SO ORDERED.**
17
18  Dated:_____        _____
19                               HON. FLORENCE-MARIE COOPER
                                 United States District Court Judge
20
21
22
23
24
25
26
27
28

---
                              4
**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER**
USDC CDCA No. CV06-6500 FMC (JWJx)
251508 3



00/00/2006      08:41      FIRST LEGAL SUPPORT    FAX (213) 250-1197



# CONSULATE GENERAL OF THE
# UNITED STATES OF AMERICA

| | | |
|---|---|---|
| Commonwealth of Australia | ) | |
| State of Victoria | ) | |
| City of Melbourne | ) | ss |
| Consulate General of the | ) | |
| United States of America | ) | |

I, David J. Gainer, Consul of the United States of America at Melbourne, Victoria, Australia, duly commissioned and qualified, do hereby certify that on the 7th day of December, 2006, before me personally appeared <u>William Blackstone Higgins II,</u> personally known, or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to, and who executed the annexed instrument, and being informed by me of the contents of the said instrument he duly acknowledged to me that he executed the same freely and voluntarily for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 7th day of December, 2006.

David J. Gainer
Consul of the United States of America

FIRST LEGAL SUPPORT   FAX (213) 250-1197

1  Dated:_____       By:_____
                                     Ronald Higgins, Defendant
2

3                            Attach Notarial Endorsement

4

5  Dated:_____       By:_____
                                     Williams Higgins, Defendant
6

7                            Attach Notarial Endorsement

8

9  Dated: 12-06-06           By:_____
                                     Joseph Walker, Defendant
10

11

12                           Attach Notarial Endorsement

13

14                                   **ORDER**

15

16         **PURSANT TO STIPULATION, IT IS SO ORDERED.**

17

18  Dated:_____       _____
                                     HON. FLORENCE-MARIE COOPER
19                                   United States District Court Judge

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER**
USDC CDCA No. CV06-6500 FMC (JWJx)
251508 3

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5193

State of __CALIFORNIA__

County of __LOS ANGELES__

On __12-6-06__ before me, __Robert W. Lyon,__ NOTARY PUBLIC
   DATE                NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared __Joseph Walker__
                      NAME(S) OF SIGNER(S)

☐ personally known to me - OR - ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary Seal: ROBERT W. LYON, Commission # 1666071, Notary Public - California, Los Angeles County, My Comm. Expires May 19, 2010]

_____
SIGNATURE OF NOTARY

---

## OPTIONAL SECTION

### CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☒ INDIVIDUAL
☐ CORPORATE OFFICER(S)
                    TITLE(S)
☐ PARTNER(S)  ☐ LIMITED
              ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____
_____

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)
__S.ELF__

---

## OPTIONAL SECTION

THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT:

TITLE OR TYPE OF DOCUMENT __Stipulation and Order for Entry of Judjment in Interpleader__

NUMBER OF PAGES __Four (4)__   DATE OF DOCUMENT _____

# EXHIBIT A

1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  PAMELA P. PHAM (SBN 235493)
   WILSON, ELSER, MOSKOWITZ,
3  EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, CA 94105
   Telephone: (415) 433-0990
5  Facsimile: (415) 434-1370

6  Attorneys for Plaintiff
   AMERICAN GENERAL LIFE
7  INSURANCE COMPANY

8

9                  **UNITED STATES DISTRICT COURT**

10                 **CENTRAL DISTRICT OF CALIFORNIA**

11

12 AMERICAN GENERAL LIFE              )   CASE NO. CV06-6500 FMC (JWJx)
   INSURANCE COMPANY,                 )
13                                    )   **STIPULATED JUDGMENT IN**
              Plaintiff,              )   **INTERPLEADER**
14                                    )
          v.                          )
15                                    )
   DAVID HIGGINS, RONALD              )   The Honorable Florence-Marie Cooper
16 HIGGINS, WILLIAM HIGGINS,          )
   JOSEPH WALKER and DOES 1-50,       )
17                                    )
              Defendants.             )
18 _____   )

19

20        Upon reading the Stipulation and Order for Entry of Judgment in Interpleader,

21 and it appearing that plaintiff AMERICAN GENERAL LIFE INSURANCE

22 COMPANY, formerly known as The Old Line Life Insurance Company of America,

23 ("American General"), has brought this action in interpleader, that this Court has

24 jurisdiction of the parties and of the subject herein, and that good cause appearing

25 therefore,

26        IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

27

28

                                      1
                   **STIPULATED JUDGMENT IN INTERPLEADER**
   USDC CDCA No. CV06-6500 FMC (JWJx)
   251502.3

1.    That American General properly filed its complaint in interpleader and for declaratory relief on October 13, 2006, and this is a proper cause for interpleader;

2.    That, by reason of the death of Mauricina Altier ("decedent"), on May 24, 2006, the sum of One Hundred Thousand Dollars ($100,000.00) ("Benefit proceeds") became payable pursuant to Life Insurance Policy No. GL-2314363 (the "Policy") that was issued by The Old Line Life Insurance Company of America to the decedent effective September 28, 1998;

3.    That defendants David Higgins, Ronald Higgins, William Higgins, and Joseph Walker each claim entitlement to some or all of the Benefit Proceeds and that, to date, no other person or entity currently makes claim to American General for the Benefit Proceeds;

4.    That American General was ready, willing, and able to deliver the Benefit Proceeds to the person(s) legally entitled thereto.  However, by reason of the actual and potential competing claims to the Benefit Proceeds, American General did not know and was unable to determine the person(s) legally entitled to them;

5.    That concurrently with the filing of its complaint in interpleader, American General deposited with the Clerk of this Court the Benefit Proceeds, totaling One Hundred and One Thousand Two Hundred Fifty-Three Dollars and Forty-Eight Cents ($101,253.48), which represents the insurance proceeds payable under the Policy, plus interest;

6.    That having deposited the monies with the Clerk of the Court on or about October 13, 2006, American General, its predecessors, successors, affiliates, parent corporation, officers and agents are fully and forever released, discharged, and acquitted from any liability of any kind or nature whatsoever under the Policy or by reason of the death of the decedent as to any and all claims, charges, demands, or otherwise that exist now or may arise at any time in the future;

1   7.   That American General is entitled to fees of $1,650.00 and costs of

2   $350.00, for a total of $2,000.00, to be paid out of the Benefit Proceeds deposited

3   with the Clerk of this Court, and by order of this Court, the Clerk of this Court shall

4   pay such amounts to plaintiff American General, out of the Benefit Proceeds

5   deposited with the Clerk of this Court, by check payable to:

6

7       "AMERICAN GENERAL LIFE INSURANCE COMPANY" and

8       said check to be sent to "Christine F. Leighton, AIG/American

9       General, 2929 Allen Parkway, A10-01, Houston, Texas 77019-

10      2155";

11

12  8.   That the second disbursement of the remaining proceeds, in the amount

13  of $99,253.48, will be made to the defendants, David Higgins, Ronald Higgins,

14  William Higgins, and Joseph Walker, in the manner set forth below;

15  9.   That each of the four defendants, David Higgins, Ronald Higgins,

16  William Higgins, and Joseph Walker, is entitled to an equal part of the remaining

17  proceeds or twenty-five percent of the remaining Benefit Proceeds;

18  10.   That by order of this Court, the Clerk of this Court shall pay each

19  defendant out of the Benefit Proceeds deposited with the Clerk of this Court, by

20  check payable to each defendant, as set forth below

21      a.   A check in the amount of $24,813.37, made payable to "DAVID

22           HIGGINS" and said check to be sent to "720 West Mariposa

23           Street, Altadena, California 91001";

24      b.   A check in the amount of $24,813.37, made payable to

25           "RONALD HIGGINS" and said check to be sent to "720 West

26           Mariposa Street, Altadena, California 91001";

27

28

---

3

**STIPULATED JUDGMENT IN INTERPLEADER**

USDC CDCA No. CV06-6500 FMC (JWJx)

251502.3

c.   A check in the amount of $24,813.37, made payable to "WILLIAM HIGGINS" and said check to be sent to "2 / 3 Manikato Avenue, Mordialloc, Victoria, Australia 3195"; and

d.   A check in the amount of $24,813.37, made payable to "JOSEPH WALKER" and said check to be sent to "5046 Eagle Rock Boulevard, Altadena, California 91001";

11.   That defendants David Higgins, Ronald Higgins, William Higgins, and Joseph Walker are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against American General, its predecessors, successors, affiliates, parent corporation, officers and agents with respect to the Benefit Proceeds, or any action in connection with this Policy; and

12.   That American General is dismissed from this action with prejudice;

13.   That upon issuance of the checks to defendants David Higgins, Ronald Higgins, William Higgins, and Joseph Walker, the Clerk of this Court shall send a copy of the transmittal letter to American General's attorney of record confirming mailing of the payment so that American General can document and close its file.

**IT IS SO ORDERED.**

Dated:_____        _____
                             HON. FLORENCE-MARIE COOPER
                             United States District Court Judge

**STIPULATED JUDGMENT IN INTERPLEADER**
USDC CDCA No. CV06-6500 FMC (JWJx)
251502 3