ORIGINAL

1   ADRIENNE C. PUBLICOVER  (SBN 161432)
    DENNIS J. RHODES  (SBN 168417)
2   PAMELA P. PHAM (SBN 235493)
    WILSON, ELSER, MOSKOWITZ,
3   EDELMAN& DICKER LLP
    525 Market Street, 17th Floor
4   San Francisco, CA  94105
    Telephone:  (415) 433-0990
5   Facsimile:  (415) 434-1370

6   Attorneys for Plaintiff
    AMERICAN GENERAL LIFE
7   INSURANCE COMPANY

8

FILED
CLERK US DIST. ~ COURT

DEC 14 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

9

                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

                                            6550
12  AMERICAN GENERAL LIFE          )  CASE NO. CV06-6500 FMC (JWJx)
    INSURANCE COMPANY,             )
13                                 )  STIPULATED JUDGMENT IN
           Plaintiff,              )  INTERPLEADER
14                                 )
       v.                          )
15                                 )
    DAVID HIGGINS, RONALD          )  The Honorable Florence-Marie Cooper
16  HIGGINS, WILLIAM HIGGINS,      )
    JOSEPH WALKER and DOES 1-50,   )
17                                 )
           Defendants.             )
18  _____)

19

20      Upon reading the Stipulation and Order for Entry of Judgment in Interpleader,

21  and it appearing that plaintiff AMERICAN GENERAL LIFE INSURANCE

22  COMPANY, formerly known as The Old Line Life Insurance Company of America,

23  ("American General"), has brought this action in interpleader, that this Court has

24  jurisdiction of the parties and of the subject herein, and that good cause appearing

25  therefore,

26      IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

27

28

DOCKETED

DEC 14 2006

          STIPULATED JUDGMENT IN INTERPLEADER

1.    That American General properly filed its complaint in interpleader and for declaratory relief on October 13, 2006, and this is a proper cause for interpleader;

2.    That, by reason of the death of Mauricina Altier ("decedent"), on May 24, 2006, the sum of One Hundred Thousand Dollars ($100,000.00) ("Benefit proceeds") became payable pursuant to Life Insurance Policy No. GL-2314363 (the "Policy") that was issued by The Old Line Life Insurance Company of America to the decedent effective September 28, 1998;

3.    That defendants David Higgins, Ronald Higgins, William Higgins, and Joseph Walker each claim entitlement to some or all of the Benefit Proceeds and that, to date, no other person or entity currently makes claim to American General for the Benefit Proceeds;

4.    That American General was ready, willing, and able to deliver the Benefit Proceeds to the person(s) legally entitled thereto.  However, by reason of the actual and potential competing claims to the Benefit Proceeds, American General did not know and was unable to determine the person(s) legally entitled to them;

5.    That concurrently with the filing of its complaint in interpleader, American General deposited with the Clerk of this Court the Benefit Proceeds, totaling One Hundred and One Thousand Two Hundred Fifty-Three Dollars and Forty-Eight Cents ($101,253.48), which represents the insurance proceeds payable under the Policy, plus interest;

6.    That having deposited the monies with the Clerk of the Court on or about October 13, 2006, American General, its predecessors, successors, affiliates, parent corporation, officers and agents are fully and forever released, discharged, and acquitted from any liability of any kind or nature whatsoever under the Policy or by reason of the death of the decedent as to any and all claims, charges, demands, or otherwise that exist now or may arise at any time in the future;

---

2

**STIPULATED JUDGMENT IN INTERPLEADER**

USDC CDCA No. CV06-6500 FMC (JWJx)

251502.3

7. That American General is entitled to fees of $1,650.00 and costs of $350.00, for a total of $2,000.00, to be paid out of the Benefit Proceeds deposited with the Clerk of this Court, and by order of this Court, the Clerk of this Court shall pay such amounts to plaintiff American General, out of the Benefit Proceeds deposited with the Clerk of this Court, by check payable to:

"AMERICAN GENERAL LIFE INSURANCE COMPANY" and said check to be sent to "Christine F. Leighton, AIG/American General, 2929 Allen Parkway, A10-01, Houston, Texas 77019-2155";

8. That the second disbursement of the remaining proceeds, in the amount of $99,253.48, will be made to the defendants, David Higgins, Ronald Higgins, William Higgins, and Joseph Walker, in the manner set forth below;

9. That each of the four defendants, David Higgins, Ronald Higgins, William Higgins, and Joseph Walker, is entitled to an equal part of the remaining proceeds or twenty-five percent of the remaining Benefit Proceeds;

10. That by order of this Court, the Clerk of this Court shall pay each defendant out of the Benefit Proceeds deposited with the Clerk of this Court, by check payable to each defendant, as set forth below

    a. A check in the amount of $24,813.37, made payable to "DAVID HIGGINS" and said check to be sent to "720 West Mariposa Street, Altadena, California 91001";

    b. A check in the amount of $24,813.37, made payable to "RONALD HIGGINS" and said check to be sent to "720 West Mariposa Street, Altadena, California 91001";

c.  A check in the amount of $24,813.37, made payable to "WILLIAM HIGGINS" and said check to be sent to "2 / 3 Manikato Avenue, Mordialloc, Victoria, Australia 3195"; and

d.  A check in the amount of $24,813.37, made payable to "JOSEPH WALKER" and said check to be sent to "5046 Eagle Rock Boulevard, Altadena, California 91001";

11.  That defendants David Higgins, Ronald Higgins, William Higgins, and Joseph Walker are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against American General, its predecessors, successors, affiliates, parent corporation, officers and agents with respect to the Benefit Proceeds, or any action in connection with this Policy; and

12.  That American General is dismissed from this action with prejudice;

13.  That upon issuance of the checks to defendants David Higgins, Ronald Higgins, William Higgins, and Joseph Walker, the Clerk of this Court shall send a copy of the transmittal letter to American General's attorney of record confirming mailing of the payment so that American General can document and close its file.

**IT IS SO ORDERED.**

Dated: _Dec 13, 2006_  _Florence-Marie Cooper_

HON. FLORENCE-MARIE COOPER
United States District Court Judge

STIPULATED JUDGMENT IN INTERPLEADER
USDC CDCA No. CV06-6500 FMC (JWJx)
251502 3